**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>STEVEN J. ZULLO<br>AND<br>VIRGINIA CARVER ZULLO<br><br>Debtors | Chapter 13<br><br>Case No. 09-13497-SSM |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed June 3, 2009. The cause for this objection is as follows:

**In violation of the good faith provisions of 11 U.S.C. §1325(a)(3)**
- Proposed Plan term is only 52 months, for no explicable reason. Whild debtors are below median, if they want or need to go beyond 36 months to cure their mortgage arrearage, equity would suggest the shold pay for 60 months, given the extremely small amount paid to unsecured creditors. (See below.)
- Avoiding 2nd deed of trust, which benefits debtors $146,000.00 in avaided liens on their residence, while paying virtually nothing.to unsecured creditors
- The Plan only proposes to pay $463.00 to the unsecured creditors, against listed claims of nearly $300,000.00 inclusive ot the mortgage sought to be avoided.

**In violation of anti-discrimination classification provisions of 11 U.S.C §1322(a)(3)-** The Plan proposes at Section 4(B) to pay Debtors' student loan obligations outside the Plan. Based on Debtors' Schedule J listing of $82.00 per month, this would result in payments to this lender totaling $4264.00 to this lender over the life of the Plan, while other unsecured creditors will only receive $463.00 during that same period.

**Notice of Objection To Confirmation**
Steven and Virginia Zullo, Case No. 09-13497-SSM

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

> ***Attend the hearing to be held on July 15, 2009 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

> A copy of any written response must be mailed to the following persons:

>> Thomas P. Gorman
>> 300 North Washington Street, Ste, 400
>> Alexandria, VA 22314

>> Clerk of the Court
>> United States Bankruptcy Court
>> 200 South Washington Street
>> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**Notice of Objection To Confirmation**
Steven and Virginia Zullo, Case No. 09-13497-SSM

Date: _June 24, 2009_____          ___/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 N. Washington Street, #400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of June, 2009, mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Steven J. Zullo | Daniel M Press, Esq. |
| Virginia Carver Zullo | Attorney for Debtors |
| Chapter 13 Debtors | Chung & Press |
| 308 N. Lee Street | 6718 Whittier Ave. Ste. 200 |
| Falls Church, VA 22046-3233 | Mclean, VA 22101 |

                                    __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman