UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
    STEVEN J. ZULLO ) Case No. 09-13497-SSM
    VIRGINIA CARVER ZULLO ) Chapter 13
)
        Debtors )

**ORDER CONDITIONALLY OVERRULING OBJECTION TO CONFIRMATION**

A hearing was held on July 15, 2009, on the objection of Thomas P. Gorman, standing chapter 13 trustee, to confirmation of the plan filed by the debtors on June 3, 2009. The debtors were present by their attorney of record. The trustee was present in person.

Upon consideration of the plan, the arguments of the parties, and the entire record in this case, and for the reasons stated from the bench, the court determines that the plan, unless extended to 60 months, fails to satisfy the good faith standard of § 1325(a)(3) by unfairly discriminating between those unsecured creditors with long-term debts and other unsecured creditors. The debtors having consented on the record to an extension of the term of the plan to 60 months, it is

**ORDERED:**

1. The objection to confirmation is overruled, conditioned upon extension of the term of the plan from 52 months to 60 months and the concomitant increase in payments to the chapter 13 trustee from $78,000 to $90,000.

2. A separate confirmation order (and wage order, if the debtors are not self-employed) shall be presented consistent with the court's ruling.

Date: _____          _____
                                                      Stephen S. Mitchell
Alexandria, Virginia                               United States Bankruptcy Judge

Copies to:

Steven J. Zullo
Virginia Carver Zullo
308 N. Lee Street
Falls Church, VA 22046-3233
Debtors

Daniel M. Press, Esquire
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
Counsel for the debtors

Thomas P. Gorman, Esquire
300 N. Washington St., Suite 400
Alexandria, VA 22314
Chapter 13 Trustee