**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Steven J Zullo | ) | |
| | ) | Case No. 09-13497-SSM |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

NOTICE OF HEARING

TO:   Government Employees Insurance Co.
       NIH Federal Credit Union
       Thomas Gorman, Chapter 13 Trustee

**Steven J. Zullo**, Debtor, has filed with the court a **MOTION FOR APPROVAL OF PHYSICAL DAMAGE INSURANCE SETTLEMENT REGARDING MOTOR VEHICLE AND FOR SUBSTITUTION OF COLLATERAL OF NIH FEDERAL CREDIT UNION.**

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before January 12, 2011, you or your attorney must:

x   File with the court, at Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

x   Attend the hearing scheduled to be held on January 19, 2011, at 1:30 p.m. in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

NOTICE

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion
and supporting memorandum are filed with the Clerk of Court and served on the
moving party within 7 days before the scheduled hearing date, the Court
may deem any opposition waived, treat the motion as conceded, and issue an order
granting the requested relief without further notice or hearing. A copy of any written
response must be mailed to the following persons:

>    Daniel M. Press, Esq.
>    CHUNG & PRESS, P.C.
>    6718 Whittier Ave., Suite 200
>    McLean, VA 22101
>    703) 734-3800

If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting that
relief.

>    Respectfully submitted,


>    /s/ Daniel M. Press
>    Daniel M. Press, VSB 37123
>    Chung & Press, P.C.
>    6718 Whittier Ave., Suite 200
>    McLean, VA 22101
>    (703) 734-3800
>    (703) 734-0590 fax
>    dpress@chung-press.com

CERTIFICATE OF SERVICE

       This is to certify that on this 29th day of December, 2010, I caused the foregoing Notice to be served by CM/ECF upon the Chapter 13 Trustee, the Office of the U.S. Trustee, and all creditors having requested notice, and by first class mail upon:

Mr. Larry Howard, Examiner Code ABOJ
GEICO Claims Dept.
P.O. Box 9505
Fredericksburg, VA 22403-9504

JOSEPH R THOMAS, Reg. Agt.
Government Employees Insurance Company (GEICO)
1345 PERIMETER PKWY
VIRGINIA BEACH VA 23454-5882

NIHFCU
P.O. Box 6475
Rockville, MD 20849-6475

Juli Anne Callis, President/CEO
NIH Federal Credit Union
111 Rockville Pike
Rockville MD 20850
    (also by certified mail, return receipt requested)


                                                  /s/Daniel M. Press
                                                Daniel M. Press